UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAWRENCE V. WILDER, SR., | : | CIVIL ACTION NO. 02-879 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| DMR TECHNICAL GROUP, et al., | : | |
| Defendants. | : | |

**THE PLAINTIFF PRO SE** moves: (1) to reopen this action; and (2) for appointment of pro bono counsel.  (See dkt. 20.)  The Court has already addressed the plaintiff's arguments in support of this current motion in:

(1) an order dated September 21, 2009 (see dkt. 10), which addressed the plaintiff's first motion for the same relief (see dkt. 6);

(2) an order dated March 29, 2010 (see dkt. 13), which addressed the plaintiff's second motion for the same relief (see dkt. 12); and

(3) an order dated June 18, 2010 (see dkt. 15), which addressed the plaintiff's third motion for the same relief (see dkt. 14).

**FOR THE REASONS** previously stated by the Court in the three aforementioned orders, the Court will deny the current motion.  The Court will issue an appropriate order.

 s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

**Dated:**  March 16, 2016